*WALLACE BURCH v. CINCINNATI TRUST CO. AND CINCINNATI GAS & ELECTRIC CO.

**Failure to Conform in All Respects with Statute in Sale of Corporate Stock by Administrator in Absence of Fraud does not Invalidate Sale.**

> Omission by the probate court to fix the lowest price at which corporate stock belonging to the estate of a decedent may be sold at private sale, does not invalidate a sale made in all other respects in conformity with Gen. Code 10704, without collusion or fraud and at the market price.

[Syllabus approved by the court.]

ERROR to common pleas court.

*Robert B. Burch*, for plaintiff in error.
*Louis A. Ireton*, for defendant in error.

**JONES, J.**

The order of the probate court, in that it does not fix a sum below which the shares of stock could not be sold at private sale, is defective and not in compliance with Gen. Code 10704.

Such defect, however, does not impair the title to the stock in the plaintiff where it appears that the proceedings in all other respects conformed to the statutes and that the sale was made in good faith, at the market value, and in the absence of fraud or collusion.

The petition states a cause of action and the demurrer must be overruled. *Sutherland* v. *Brush*, 7 Johns. Ch. (N. Y.) 17 [11 Am. Dec. 282]; *Edney* v. *Baum*, 70 Neb. 159 [97 N. W. Rep. 252]; 1 Rockel, Prob. Prac. p. 420; *Jelke* v. *Goldsmith*, 50 Ohio St. 499 [40 N. E. Rep. 167; 49 Am. St. Rep. 730].

**Smith** and **Swing, JJ.**, concur.

---

*Affirming, Burch v. Trust Co. 22 Dec. 6.